UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 2:24-mj-46

        Plaintiff,                                  Hon. Maarten Vermaat
                                                    U.S. Magistrate Judge
v.

RUEMONDO JUAN MURRAY,

        Defendant.
_____/

## ORDER FOR DETENTION

Defendant appeared before the undersigned for an initial appearance on June 11, 2024 on a complaint charging him with possession with intent to distribute methamphetamine.

Defendant was to self-surrender to the Bureau of Prisons on June 10, 2024 to begin serving a 52-month sentence out of the U.S. District Court in the Eastern District of Michigan and if this Court were to release him, he would be turned over to the Bureau of Prisons to begin that sentence.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: June 11, 2024                        /s/ *Maarten Vermaat*
                                                    MAARTEN VERMAAT
                                                    U.S. MAGISTRATE JUDGE